DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
1007 7th Street, Suite 100
Sacramento, California 95814
Telephone: (916) 447-8600
Fax:       (916) 930-6482
E-Mail:    davefischer@yahoo.com

Attorney for Defendant
NARCO MCFARLAND, SR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>NARCO MCFARLAND, et al.,<br><br>          Defendants. | Case No. 2: 12-cr-00169-MCE<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE**<br><br><br>DATE: February 28, 2013<br>TIME: 9:00 a.m.<br>COURT: Hon. Morrison C. England |

### Stipulation

The government and defendant NARCO MCFARLAND, through undersigned counsel, stipulate that the status conference, scheduled for February 28, 2013, may be continued to April 11, 2013, at 9:00 a.m.  This case involves thousands of recorded wiretap calls and voluminous discovery. As such, the additional time requested in this stipulation is necessary so the defense counsel can continue review of the discovery and conduct investigation.

Further, both parties agree and stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  As such, the parties agree that time may be excluded from the speedy trial calculation under the

1

1  Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. §
2  3161(h)(7)(B)(iv) and Local Code T4.
3      The prosecutor has authorized the defense counsel for Latroy
4  Cunningham to sign this stipulation on his behalf.

6  DATED: February 22, 2013         BENJAMIN WAGNER
                                    United States Attorney

                              by    /s/ David D. Fischer, for
8                                   Jason Hitt
                                    Assistant U.S. Attorney

9  DATED: February 22, 2013
10                            by    /s/ David D. Fischer
                                    David D. Fischer
11                                  Attorney for Defendant
                                    Narco McFarland, Sr.

14                              **ORDER**

15      Good cause appearing, the status conference, scheduled for
16 February 28, 2013, is continued to April 11, 2013, at 9:00 a.m.  The
17 Court finds that the ends of justice served by granting this
18 continuance outweigh the best interests of the public and the defendant
19 in a speedy trial in this case.  Time is excluded from the speedy trial
20 calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code
21 T4 for counsel preparation.
22      IT IS SO ORDERED.
23 DATED: March 6, 2013

                                    _____
                                    MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                    UNITED STATES DISTRICT JUDGE

2