1  DAVID D. FISCHER, SBN 224900
   LAW OFFICES OF DAVID D. FISCHER, APC
2  1007 7th St, Ste 100
3  Sacramento, CA 95814
   Telephone:    (916) 447-8600
4  Fax:          (916) 930-6482
5  E-Mail:       davefischer@yahoo.com

6  Attorney for Defendant
7  NARCO MCFARLAND SR

**IN THE UNITED STATES OF DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | CR.S. No. 2:12-CR-00169 MCE |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR TEMPORARY RELEASE TO ATTEND FUNERAL SERVICES |
| NARCO MCFARLAND, SR., | |
| Defendant. | |

Defendant NARCO MCFARLAND, Sr. by and through his counsel, DAVID D. FISCHER, and the United States Government, by and through its counsel, JASON HITT, Assistant United States Attorney, hereby stipulate to the following:

It has been agreed by all parties for a temporary release of Mr. MCFARLAND from Saturday, April 12, 2014, at 8:30 a.m. to 5:30 p.m. to attend the funeral of his grandmother, RUBY J. MCLEOD. Mr. MCFARLAND is currently in custody at the Sacramento County Jail awaiting resolution of the above case; the matter is next scheduled for May 1, 2014, for Trial Confirmation Hearing.

Ms. MCLEOD passed away on March 30, 2014. The funeral is scheduled for April 12, 2014, at the Wiggins Funeral Home, located at 524 Capitol St, Vallejo, California.

1 The government does not oppose this request so long as Mr. MCFARLAND is accompanied during the entire period of his temporary release by an investigator. Therefore, attorney DAVID FISCHER, has arranged for investigator JEFFREY J. WELLS, to accompany Mr. MCFARLAND to the funeral.

Mr. WELLS will pick up Mr. MCFARLAND at the Sacramento County Main Jail, transport him to the funeral service, and return him to Sacramento County Main Jail immediately after the funeral service. Mr. MCFARLAND will remain in the custody of Mr. WELLS the entire time of his release. Mr. WELLS will keep strict control over Mr. MCFARLAND at all times.

For the above reasons, Defendant NARCO MCFARLAND, Sr., respectfully requests that the Court allow this temporary release.

DATE: April 8, 2014

/s/ David D. Fischer
DAVID D. FISCHER
Attorney for Defendant
NARCO MCFARLAND, SR

DATE: April 8, 2014

/s/ Jason Hitt
JASON HITT
Assistant U.S. Attorney

**IT IS SO ORDERED**

**Dated:  April 8, 2014**

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE